```
 1  Robert M. Gilchrest (SBN 134254)
    rgilchrest@silverfirm.com
 2  Amy S. Russell (SBN 284131)
    arussell@silverfirm.com
 3  SILVERMAN SHIN BYRNE & GILCHREST LLP
    500 South Grand Avenue, Suite 1900
 4  Los Angeles, California 90071
 5  Telephone: (213) 683-5350
    Facsimile: (213) 627-7795
 6
 7  Attorneys for Plaintiffs and Counter-Defendants,
    BIKRAM'S YOGA COLLEGE OF INDIA, L.P.
 8  and BIKRAM CHOUDHURY

 9  Daniel E. Alberti (SBN 68620)
    dalberti@mwe.com
10  MCDERMOTT WILL & EMERY LLP
    275 Middlefield Road
11  Menlo Park, California 94025
12  Telephone: (650) 815-7419
    Facsimile: (650) 815-7401
13
14  Attorneys for Defendants and Counter-Claimants,
    YOGA TO THE PEOPLE, INC. and
15  GREGORY GUMUCIO
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a California limited partnership; and BIKRAM CHOUDHURY, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>YOGA TO THE PEOPLE, INC., a Washington corporation; GREGORY GUMUCIO, an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV11-07998 DMG(FMOx)<br><br>The Honorable Dolly M. Gee, Courtroom 7<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Fed.R.Civ.P. 41(a)]<br><br>Complaint Filed: September 27, 2011 |

-1-

1  Plaintiffs and Counter-Defendants BIKRAM'S YOGA COLLEGE OF INDIA,
2  L.P. and BIKRAM CHOUDHURY (collectively "Plaintiffs" or "Counter-Defendants") and
3  Defendants and Counter-Claimants YOGA TO THE PEOPLE, INC., and GREGORY GUMUCIO
4  (collectively "Defendants" or "Counter-Claimants"), by and through their respective counsel of
5  record, hereby enter into this Stipulation to Dismiss Action with Prejudice:
6  WHEREAS, discussions regarding settlement of this action have occurred in good faith
7  between Plaintiffs and Defendants; and
8  WHEREAS, Plaintiffs and Defendants now wish to avoid the expense of continued
9  litigation and have agreed to dismiss all claims related to this action, with each side to bear its own
10 costs and attorneys' fees.
11 Accordingly, Plaintiffs and Defendants hereby stipulate and agree as follows:
12 (1) All claims and counter-claims related to this action are dismissed with prejudice; and
13 (2) Subject to the Court's approval, this Court shall retain jurisdiction over this action to
14     enforce the terms of the settlement agreement reached between the parties; and
15 (3) Each party shall bear its own costs and attorneys' fees.
16 IT IS SO STIPULATED.

Dated: November 29, 2012

SILVERMAN SHIN BYRNE & GILCHREST LLP

By: _____Amy Russell_____
Robert M. Gilchrest
Amy S. Russell
Attorneys for Plaintiffs and Counter-Defendants,
BIKRAM'S YOGA COLLEGE OF INDIA, L.P. and
BIKRAM CHOUDHURY

Dated: November 29, 2012

MCDERMOTT WILL & EMERY LLP

By: _____Daniel E. Alberti_____
Daniel E. Alberti
Attorneys for Defendants and Counter-Claimants,
YOGA TO THE PEOPLE, INC. and
GREGORY GUMUCIO

-2-
STIPULATION TO DISMISS ACTION WITH PREJUDICE