JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BIKRAM'S YOGA COLLEGE OF INDIA, L.P., a California limited partnership; and BIKRAM CHOUDHURY, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>YOGA TO THE PEOPLE, INC., a Washington corporation; GREGORY GUMUCIO, an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV11-07998 DMG(FMOx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [62]** |
|---|---|

-1-
ORDER DISMISSING ACTION WITH PREJUDICE [PROPOSED]

# ORDER

Plaintiffs and Counter-Defendants BIKRAM'S YOGA COLLEGE OF INDIA, L.P. and BIKRAM CHOUDHURY (collectively "Plaintiffs") and Defendants and Counter-Claimants YOGA TO THE PEOPLE, INC. and GREGORY GUMUCIO (collectively "Defendants") having stipulated and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) All claims and counter-claims related to this action be and hereby are dismissed with prejudice; and

(2) This Court shall retain jurisdiction over this action to enforce the terms of the settlement agreement reached between the parties; and

(3) Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 30, 2012

_____
DOLLY M. GEE
United States District Judge